E-FILED: **8/12/2008 – JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEL BANJO,** | CASE NO. CV 07-2142-GHK (RC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| **ROBERT L. AYERS,** | |
| Respondent. | |

    Pursuant to our August 12, 2008 Order Adopting Report and Recommendation, **IT IS HEREBY ADJUDGED** that the petition for writ of habeas corpus and this action are **DISMISSED WITH PREJUDICE** as untimely.

    **IT IS SO ORDERED**.

DATED: August 12, 2008

_____
GEORGE H. KING
United States District Judge